JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARIAS, an individual, | **CASE NO.: 2:15-CV-02170-AB-AS** |
| Plaintiff, | **[Proposed] JUDGMENT** |
| vs. | |
| DEPUTY KENNETH FITCH, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

This action came on regularly for trial on March 7, 2017, in Courtroom 7B of the United States District Court for the Central District of California, the Honorable André Birotte, Jr., presiding, the plaintiff appearing by and through his attorneys of record, Brian T. Dunn and Megan R. Gyongyos, of The Cochran Firm California, and the defendant appearing by and through his attorneys of record, L. Trevor Grimm, of Manning & Kass Ellrod, Trester, Ramirez, LLP.

The jury returned a special verdict in favor of the plaintiff on March 10, 2017, finding that the defendant violated the plaintiff's Fourth Amendment constitutional rights by using excessive force against him. The jury awarded the plaintiff $900,000.00 in compensatory damages. On April 21, 2017, the parties *and the County of Los Angeles* filed a stipulation requesting a complete resolution of the total amount of the judgment and award of costs and attorneys' fees, in the form of a judgment against the County of Los Angeles, only, in the total amount of $1,175,000.00, inclusive of all damages, attorneys' fees, and costs.

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED ADJUDGED AND DECREED that the plaintiff shall have and recover from the County of Los Angeles the total sum of $1,175,000.00 (one million one hundred and seventy five thousand dollars and zero cents), said amount to be inclusive of all damages, attorneys' fees, and costs.

**IT IS SO ORDERED.**

DATED: April 25, 2017  _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

cc: Fiscal